**William F. Van Buskirk, appellee, v. Edward B. Clark, appellant.**
Assumpsit for the balance due upon a promissory note brought by an indorsee in due course. Judgment for plaintiff. Appeal from the

Circuit Court of Pope county; the Hon. A. W. Lewis, Judge, presiding. Heard in this court at the March term, 1921. Affirmed. Opinion filed November 10, 1921. Rehearing denied April 5, 1922.

Charles Durfee, for appellant; H. A. Evans and Burrell Morris, of counsel. Brown, Brown & Brown, for appellee.

Mr. Justice Boggs delivered the opinion of the court.

---

Mr. Justice Boggs delivered the opinion of the court.